Case: 1:23-cv-04717 Document #: 17 Filed: 09/26/23 Page 1 of 1 PageID #:97

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MCP

FILED
SEP 26 2023 JB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Gs Holistics, LLC | ) | |
| | ) | **Case Number:** 1:23-cv-04717 |
| Plaintiff | ) | |
| | ) | **Judge:** Nancy L. Maldonado |
| v. | ) | |
| | ) | **Magistrate Judge:** Sunil R. Harjani |
| Johnny Vapes Inc d/b/a Johnny Vapes | ) | |
| | ) | |
| Defendant | ) | |

Dear Honorable Judges

I would like to request for a motion to appear before this court as a Pro Se litigant. I would like to request for a motion to vacate the default Judgement. I want to apologize to this court for not being able to respond to the complaint and appear before this court.

Your Honor,

I am Jawwad Mehmood (Defendant) for 1:23-cv-04969. I am the Son of Ayaz Ahmed (Defendant) for 1:23-cv-04717. I would like appear before this court to represent my shop and my father's shop. I would like to request your honor for motion to vacate and set aside the default judgement.

My father's mental and physical health has been very critical. He is suffering from both mental and physical health as I write this. He is a full time owner and Operator of Johnny Vapes Inc. We have a younger brother Danyal who helps my dad manage Johnny Vapes.

I am owner and operator of Vape Town Inc. I work 7 days 80 hours a week. I am mentally challenged myself. My father helps me run my Business ocassionally.

Lastly,

I request this court to give me a chance to appear before this court for Both Johnny Vapes and Vape Town. I did reach out to the plaintiff's attorney to see how much they were suing for. And they are suing for Outrageous amount of money. I personally wanted to take these cases to trial before Jury. But my father refused to hire an attorney due to the cost. As a result, I have suffered both mentally and emotionally. I did not know how to navigate the legal process.

Thank you for your valuable time and consideration Your Honor.

Sincerely,

Jawwad Mehmood

Johnny Vapes Inc