IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 1:23-cv-04717 (Judge Nancy L. Maldonado)

GS HOLISTIC, LLC,

        Plaintiff,

    v.

JOHNNY VAPES, INC d/b/a JOHNNY VAPES INC and AYAZ AHMED,

        Defendants.
_____/

**PLAINTIFF'S CORRECTED MOTION FOR ENTRY OF**
**DEFAULT JUDGMENT AGAINST DEFENDANTS**
(Corrected as to Filer)

    The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, RYAN S. FOJO, makes this request for entry of a default judgment pursuant to Rule 55(b) against Defendants, JOHNNY VAPES, INC d/b/a JOHNNY VAPES INC and AYAZ AHMED, and in support thereof states as follows:

    1.    The Plaintiff filed its Complaint against the Defendants on July 21, 2023 [DE 1].

    2.    On August 4, 2023, the Defendant JOHNNY VAPES, INC d/b/a JOHNNY VAPES INC, and, on August 8, 2023, the Defendant, AYAZ AHMED, were served with the Complaint and Summons [DE 8, 9].

    3.    On September 5, 2023, the Plaintiff filed a Motion for Entry of Clerk's Default against the Defendants, JOHNNY VAPES, INC d/b/a JOHNNY VAPES INC and AYAZ AHMED, which was subsequently granted on September 6, 2023. *See* [DE 13].

4. The Plaintiff thus moves for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

5. In support of the motion, Plaintiff submit the following certifications:

Exhibit A: Affidavit of Attorney Ryan S. Fojo, as to docket review and costs expended.

Exhibit B: Affidavit of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.

Exhibit C: judgment in GS Holistic, LLC. v. Envirocure, LLC. and, Hassan Abid (22-cv-60463-BLOOM/Valle) for $151,147.89 in statutory damages.

Exhibit D : judgment in GS Holistic, LLC. v. One Stop Vape et al (2:22-cv-04628-SVW-AGR) for $225,000 in statutory damages and $1,482 in costs.

Exhibit E : judgment in GS Holistic, LLC. v. Cali Smoke Depot LLC et al (2:22-cv-06679-SPG-KS) for $150,000 in statutory damages and $1,0999.86 in costs.

Exhibit F : judgment in GS Holistic, LLC. v. Bellair Cigarettes Inc et al One Stop Vape et al (2:22-cv-06363-GW-MRW) for $150,000 in statutory damages and $955.69 in costs.

Exhibit G : judgment in GS Holistic, LLC. v. Pyramids Wholesale et al (2:22-cv-04632-SPG-RAO) for $300,000 in statutory damages and $1,462 in costs.

Exhibit H : judgment in GS Holistic, LLC. v. Smoke Unlimited et al

(1:22-cv-21254-FAM) for $250,000 in statutory damages and $563.41 in costs.

Exhibit I: judgment in GS Holistic, LLC. v. Abood Enterprise et al (1:22-cv-06161) for $150,000 in statutory damages and $817 in costs.

Exhibit J: Trademark registration certificates for the Stündenglass Marks.

6. Plaintiff also submits and relies upon the Memorandum of Law in Support of Statutory Damages, in the amount of $150,000.00.

WHEREFORE, the Plaintiff requests default judgment against JOHNNY VAPES, INC d/b/a JOHNNY VAPES INC and AYAZ AHMED, in the amount of $150,000.00.

Respectfully submitted,

*/s/ Ryan S. Fojo*
Ryan S. Fojo
IL Bar # 6305940
The Ticktin Law Group
875 North Michigan Avenue
31st Floor Chicago, IL,60611
Serv606@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*