IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 1:23-cv-04717 (Judge Nancy L. Maldonado)

GS HOLISTIC, LLC,

        Plaintiff,

v.

JOHNNY VAPES, INC d/b/a JOHNNY VAPES INC and AYAZ AHMED,

        Defendants.
_____/

# AFFIDAVIT OF ATTORNEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT PURSUANT TO F.R.C.P. 55(b)

The undersigned authority, Ryan S. Fojo, Esquire, being duly advised that the following is being stated under oath, subject to the laws of perjury, pursuant to F.R.C.P. 55(b), states as follows:

1. I am an attorney at law, admitted to practice before this Court. I am an attorney at the law firm of The Ticktin Law Group, and represent GS HOLISTIC, LLC.

2. The Plaintiff filed their Complaint on July 21, 2023 [DE 1].

3. The Summons and the Complaint were served on the Defendant, JOHNNY VAPES, INC d/b/a JOHNNY VAPES INC, on August 4, 2023, and on AYAZ AHMED, on August 8, 2023 [DE 8, 9].

4. A Rule 55(a) default was entered against the Defendants on September 6, 2023 [DE 13].

5. The Plaintiff spent $1,018.96 in costs consisting of the filing fee ($402.00), the process server fee ($134.00), and the investigation fee ($482.96).

**FURTHER AFFIANT SAYETH NAUGHT**

**THIS SPACE IS INTENTIONALLY LEFT BLANK**

Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

/s/ Ryan S. Fojo
Ryan S. Fojo

December 15, 2023
Date

COUNTY OF BROWARD )
)
STATE OF FLORIDA )

Subscribed and sworn to and or affirmed before me on this 15th day of December, 2023, by Ryan S. Fojo, [X] who is personally known to me, or [ ] who has produced a driver's license as identification.

(Seal)

Signature of Notary
My Commission Expires 1/26/26