## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-60463-BLOOM/Valle**

GS HOLISTIC, LLC,

    Plaintiff,

v.

ENVIROCURE, LLC,
*also known as*
Pure Dispensary, and
HASSAN ABID,

    Defendants.

_____/

## **DEFAULT FINAL JUDGMENT**

    **THIS CAUSE** is before the Court upon Plaintiff GS Holistic, LLC's ("Plaintiff") Motion for Default Final Judgment Against Both Defendants, ECF No. [18] ("Motion"). The Motion was granted by a separate order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate Default Final Judgment.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Plaintiff and against Defendants Envirocure, LLC and Hassan Abid (collectively, "Defendants") on all claims as follows:

    a. Defendants are liable to Plaintiff in the amount of **$151,147.89** (comprising of statutory damages of $150,000.00 and costs of $1,147.89).

    b. Defendants, their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concert or participation with them are permanently restrained and enjoined

Case 0:22-cv-60463-BB Document 24-1 Entered on FLSD Docket 05/30/2022 Page 2 of 3
Case 1:23-cv-03463 Document #: 122-3 Filed: 12/15/23 Page 2 of 3 PageID #:1115

Case No. 22-cv-60463-BLOOM/Valle

> from infringing upon the Stündenglass Marks directly or contributorily, in any manner, including but not limited to:
>
> > i. Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit Stündenglass product identified in the complaint and any other unauthorized Stündenglass product, counterfeit, copy or colorful imitation thereof;
> >
> > ii. Assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraph (i) above.
>
> c. Pursuant to 15 U.S.C. §1118, Defendants, at their cost, shall deliver to Plaintiff for destruction all products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody, or control bearing any of the Stündenglass Marks.

2. The Court retains jurisdiction to enforce this Default Final Judgment.
3. The Court denies all relief not granted in this Default Final Judgment.
4. The Court orders execution to issue for this Default Final Judgment.
5. To the extent not otherwise disposed of, any hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.
6. The Clerk shall **CLOSE** this case.

Case No. 22-cv-60463-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 18, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record