UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 22-21254-CIV-MORENO

GS HOLISTIC, LLC,

   Plaintiff,

vs.

SMOKE UNLIMITED, LLC., THOUHIDUL
KHAN, and ABDUR R. KHAN,

   Defendants.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Judgment Against All Defendants **(D.E. 12)**, filed on **February 3, 2023**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendants Smoke Unlimited, LLC., Thouhidul Khan, and Abdur R. Khan for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendants. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff GS Holistic, LLC and against Defendants Smoke Unlimited, LLC., Thouhidul Khan, and Abdur R. Khan. It is further

**ADJUDGED** that Plaintiff shall recover from Defendants Smoke Unlimited, LLC., Thouhidul Khan, and Abdur R. Khan compensatory damages in the amount of $ 250,000; attorney's fees and costs in the amount of $ 563.41; for a sum total of **$ 250,563.41**. Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th of February, 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2