IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ABOOD ENTERPRISE LLC d/b/a ABOOD ENTERPRISE LLC, YASSER OLYYAN, and AHMAD ALBARGHOUTHI, <br><br> Defendants. | Case No. 1:22-cv-06161 <br><br> Judge Mary M. Rowland |

## **JUDGMENT ORDER**

This matter coming before the Court on Plaintiff's Motion for Entry of Default Judgment under Rule 55(b), and after considering the prove-up materials and memorandum submitted by movant, the Court hereby finds, and it is ORDERED:

1. This matter was filed on November 7, 2022.

2. On December 29, 2022, January 1, 2023, and March 3, 2023, the Defendants ABOOD ENTERPRISE LLC d/b/a ABOOD ENTERPRISE LLC, AHMAD ALBARGHOUTHI, and YASSER OLYYAN were served with the Complaint and Summons [DE 8, 9, 15].

3. The Defendants have failed to answer or appear.

4. On April 17, 2023, this Court entered a default against the Defendants pursuant to F.R.C.P. 55(a).

5. The Plaintiff has sought entry of default judgment and filed prove-up materials and a memorandum of law.

6. The amount sought by the Plaintiff is $150,000.00 and is not excessive.

1

7. Accordingly, the Court awards $150,000.00 in statutory damages.

8. The Court awards $817.00 in costs.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of the Plaintiff, GS HOLISTIC, LLC, against the Defendants ABOOD ENTERPRISE LLC d/b/a ABOOD ENTERPRISE LLC, YASSER OLYYAN, and AHMAD ALBARGHOUTHI, jointly and severally in the amount of $150,817.00.

IT IS SO ORDERED.

E N T E R :

Dated: May 30, 2023

_Mary M Rowland_

MARY M. ROWLAND
United States District Judge

2