United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Jul 27 03:47:21 EDT 2023

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

# STÜNDENGLASS

| | |
|---|---|
| **Word Mark** | STÜNDENGLASS |
| **Goods and Services** | IC 011. US 013 021 023 024 031 034. G & S: Devices used to smoke foods and drinks, namely, clearomizers, vaporizers, cartomizers, atomizers, and heating elements that create vapor and smoke from oils and smoke fuels that are then water filtered in a gravity water filter that are then directed via an opening to infuse the vapor and smoke into foods and drinks. FIRST USE: 20160828. FIRST USE IN COMMERCE: 20190224<br><br>IC 021. US 002 013 023 029 030 033 040 050. G & S: Food and beverage infusers. FIRST USE: 20160828. FIRST USE IN COMMERCE: 20190224 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90724818 |
| **Filing Date** | May 20, 2021 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 16, 2021 |
| **Registration Number** | **6633884** |
| **Registration Date** | February 1, 2022 |
| **Owner** | (REGISTRANT) GS Holistic, LLC LIMITED LIABILITY COMPANY DELAWARE #301 644 N. Fuller Avenue Los Angeles CALIFORNIA 90036 |
| **Attorney of Record** | Marc E. Hankin |
| **Prior Registrations** | 6174291 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Jul 27 03:47:21 EDT 2023

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | S |
| **Goods and Services** | IC 034. US 002 008 009 017. G & S: Gravity water pipes for smoking purposes. FIRST USE: 20160828. FIRST USE IN COMMERCE: 20190224 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 10.09.01 - Capsules, medicinal/nonmedicinal ; Pills ; Tablets, medicines ; Tablets, nonmedical products in tablet form<br>26.11.27 - Oblongs not used as carriers for words, letters or designs |
| **Serial Number** | 88851033 |
| **Filing Date** | March 27, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 28, 2020 |
| **Registration Number** | 6174292 |
| **Registration Date** | October 13, 2020 |
| **Owner** | (REGISTRANT) GS Holistic, LLC LIMITED LIABILITY COMPANY DELAWARE #207 7162 Beverly Boulevard Los Angeles CALIFORNIA 90036 |
| **Attorney of Record** | Marc E. Hankin |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the letter "S" through the center of which is capsule shape. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Jul 27 03:47:21 EDT 2023

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# STÜNDENGLASS

| | |
|---|---|
| **Word Mark** | STÜNDENGLASS |
| **Goods and Services** | IC 034. US 002 008 009 017. G & S: Gravity water pipes for smoking purposes. FIRST USE: 20160828. FIRST USE IN COMMERCE: 20190224 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88851003 |
| **Filing Date** | March 27, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 28, 2020 |
| **Registration Number** | **6174291** |
| **Registration Date** | October 13, 2020 |
| **Owner** | (REGISTRANT) GS Holistic, LLC LIMITED LIABILITY COMPANY DELAWARE #207 7162 Beverly Boulevard Los Angeles CALIFORNIA 90036 |
| **Attorney of Record** | Marc E. Hankin |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY